# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:12-CR-004** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **ADVANTAGE MEDICAL TRANSPORT, INC., SERGE SIVCHUK**, and **DAVID PAUL** | : : : | |

## PRELIMINARY ORDER OF FORFEITURE

IT IS HEREBY ORDERED THAT:

1. As a result of the guilty plea to the Indictment entered by defendant Serge Sivchuk in which the Government sought forfeiture pursuant to 18 U.S.C. § 982 (a)(7), the defendant shall forfeit to the United States $10,000.00 in lieu of the 2010 Land Rover, VIN # SALSH2E44AA247387, which was seized in this matter.

2. The Court has determined, based upon the defendant's guilty plea and the Stipulation of Consent to Forfeiture, that the above property is subject to forfeiture and that the government has established the requisite nexus between such property and such offenses.

3. After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

4. The United States shall have clear title to the subject property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in 21 U.S.C. § 853(n)(1) for the filing of third party petitions.

5. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(1), in which all interests will be addressed.

6. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

7. The Clerk of Court shall forward four certified copies of this order to Assistant U.S. Attorney James T. Clancy, U.S. Attorney's Office, Middle District of Pennsylvania.

SO ORDERED this 8th day of May, 2013.


   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge