# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:12-CR-004** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **ADVANTAGE MEDICAL TRANSPORT, INC., SERGE SIVCHUK**, and **DAVID PAUL** | : : : | |

## FINAL ORDER OF FORFEITURE

Upon the proceedings had heretofore and the Motion of the United States of America, the Court finds:

A Preliminary Order of Forfeiture was entered by this Court on May 8, 2013, ordering the defendants to forfeit the sum of $10,000.00 in lieu of the 2010 Land Rover, VIN # SALSHE2E44AA247387 which was seized in this matter.

All personal service was completed and notice of said forfeiture action and arrest was published for a period of thirty (30) consecutive days on the government's internet forfeiture website. All persons claiming an interest in the above-described property were required to file their claims with the Clerk of Court not later than 30 days after the date of final publication of notice.

No petitions were filed within the thirty day period required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

NOW, THEREFORE, upon motion (Doc. 113) of the United States of America for Final Order of Forfeiture, it is hereby ORDERED that:

1) All right, title and interest in the above-described property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

2) The United States is entitled to its costs herein;

3) The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

4) The Clerk is hereby directed to send attested copies of this Order to all counsel of record.

Dated this 11th day of July, 2013.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge