# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:12-CR-004** |
| | : | |
| | : | **(Chief Judge Conner)** |
| v. | : | |
| | : | |
| **ADVANTAGE MEDICAL TRANSPORT, INC. and SERGE SIVCHUK** | : : : | |

## ORDER

AND NOW, this 5th day of March, 2014, upon consideration of the sentencing memoranda concerning the loss amount to be attributed to defendants Advantage Medical Transport, Inc. ("Advantage") and Serge Sivchuk ("Sivchuk"), and for the reasons set forth in the accompanying memorandum, it is hereby DETERMINED and ORDERED that the loss amount attributable to Advantage and Sivchuk for purposes of sentencing is $968,201.50.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania