IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:12-CR-004** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **ADVANTAGE MEDICAL TRANSPORT, INC. and SERGE SIVCHUK** | :<br>:<br>: | |

## ORDER

AND NOW, this 12th day of June, 2015, upon consideration of the sentencing memoranda submitted by the parties, and following two hearings concerning the loss amount to be attributed to defendants for purposes of sentencing, and for the reasons set forth in the accompanying memorandum, it is hereby DETERMINED and ORDERED that the loss amount attributable to Advantage Medical Transport, Inc. and Serge Sivchuk is $194,378.50.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania